## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **ANGELICA MEDINA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00129-BP** |
| | § | |
| **COSTCO WHOLESALE** | § | |
| **CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

Today, the Court granted Defendant Costco Wholesale Corporation's Motion for Summary Judgment. ECF No. 46. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    This case is **DISMISSED**.

2.    The taxable costs of court are awarded to Defendant.

3.    The clerk shall transmit a true copy of this Judgment, together with a true copy of the Memorandum Opinion and Order, to the parties.

It is so **ORDERED** on March 14, 2024.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE